IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ JG _____ D.C.

05 NOV 30  AM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JANICE M. JOHNSON, | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2728-Ma/An |
| BONUS OF AMERICA, INC., | X | |
| Defendant. | X | |

ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

Plaintiff Janice M. Johnson, a resident of Tennessee, filed a pro se complaint on September 30, 2005 that purports to invoke this Court's diversity jurisdiction and paid the civil filing fee. The Clerk shall record the defendant as Bonus of America, Inc.[1]

Within thirty (30) days of the date of entry of this order, the plaintiff shall personally appear at the Clerk's office and, upon presentation of a copy of this order, the Clerk shall provide plaintiff one (1) blank, unsigned summons. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summons and presenting it to the Clerk for signature and seal. If the summons is in proper form, the Clerk shall sign, seal,

---

[1] Although the case caption uses the designation "et al." in the listing of defendants, it is clear that there is only one defendant in this case.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12-05-05__

and issue it to the plaintiff for service on the defendant. The plaintiff is responsible for ensuring that service is effected on the defendant pursuant to Fed. R. Civ. P. 4(h)(1).[2] Service on the defendant shall include a copy of this order. The plaintiff shall file proof of service pursuant to Fed. R. Civ. P. 4(*l*).

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for the defendant or on the defendant if it has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

IT IS SO ORDERED this 29th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff also must comply with Rule 4(c)(2), which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02728 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Janice M. Johnson
4630 Sandy Park Drive
Memphis, TN 38141

Honorable Samuel Mays
US DISTRICT COURT