IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____/_____ D.C.

05 DEC 30  AM 7: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JANICE M. JOHNSON,

    Plaintiff,

VS.                                NO. 05-2728-Ma

BONUS OF AMERICA, INC.,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT

---

Before the court is the defendant's December 27, 2005, motion requesting additional time within which to file a response to the complaint in this matter. For good cause shown, the motion is granted. The defendant shall have until January 25, 2006 in which to file its answer to the complaint.

It is so ORDERED this 29th day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___12-30-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02728 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Janice M. Johnson
4630 Sandy Park Drive
Memphis, TN 38141

Honorable Samuel Mays
US DISTRICT COURT